COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Retired Judge Hodges[*]


ROGER WAYNE MOSCHLER

v.      Record No. 0244-13-2

KENCO GROUP, INC. AND
  AMERICAN ZURICH INSURANCE COMPANY

MEMORANDUM OPINION[**]
PER CURIAM
JULY 2, 2013

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Roger W. Moschler, *pro se*, on brief).

(Matthew J. Griffin; Angela F. Gibbs; Midkiff, Muncie & Ross, P.C.,
on brief), for appellees.


Roger Wayne Moschler appeals a decision of the Workers' Compensation Commission finding that appellant failed to prove by a preponderance of the evidence that his medical treatment beginning in May 2011 was causally related to his accident in November 2010. In addition to contesting that finding, appellant also claims the commission failed to consider his physician's impression that the injury was work-related. We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Moschler v. Kenco Group, Inc., VWC File No. VA020-0000-6266 (Jan. 7, 2013). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Retired Judge Hodges took part in the consideration of this case by designation to Code § 17.1-400(D).

[**] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED